

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JOSE LUIS BAUTISTA ESPINOSA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-MJ-0670<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __March 22, 2022__ , _____ , at __11:00__  ☒ a.m. / ☐ p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __March 18, 2022__             _____/s/ Douglas F. McCormick_____
                                                                  U.S. ~~District Judge~~/Magistrate Judge

---